**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CASE NO. |
| Plaintiff, | |
| v. | **COMPLAINT AND JURY DEMAND** |
| TRINITY HOME HEALTH SERVICES, INC., d/b/a Mercy Hospice, | |
| Defendant | |

NATURE OF THE ACTION

This is an action under Title I of the Americans with Disabilities Act of 1990 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices and to provide appropriate relief to Patricia Barriger. The Commission alleges that Defendant Trinity Home Health Services, Inc., d/b/a Mercy Hospice violated the Americans with Disabilities Act by refusing to provide a reasonable accommodation to Barriger, who suffers from multiple sclerosis, and discharging her because she could not return to work without restrictions.

JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Section 107(a) of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title

1

VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e-5(f)(1) and (3), and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.      The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern District of Michigan, Southern Division.

## PARTIES

3.      Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title I of the ADA and is expressly authorized to bring this action by Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4.      At all relevant times, Defendant Trinity Home Health Services, Inc., d/b/a Mercy Hospice (the "Employer") has continuously been a Michigan corporation doing business in the State of Michigan and the City of Bloomfield Hills and has continuously had at least fifteen (15) employees.

5.      At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce under Section 101(5) of the ADA, 42 U.S.C. § 12111(5) and Section 101(7) of the ADA, 42 U.S.C. § 12111(7), which incorporates by reference Sections 701(g) and (h) of Title VII, 42 U.S.C. § 2000e(g) and (h).

6.      At all relevant times, Defendant Employer has been a covered entity under Section 101(2) of the ADA, 42 U.S.C. § 12111(2).

STATEMENT OF CLAIMS

7.      More than thirty days prior to the institution of this lawsuit, Patricia Barriger filed a charge with the Commission alleging violations of Title I of the ADA by Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

8.      Since at least March 2010, Defendant Employer has engaged in unlawful employment practices in violation of Section 102(a) of the ADA, 42 U.S.C. § 12112(a). These practices include: 1) Defendant Employer's refusal to accommodate Barriger, a registered nurse who suffers from multiple sclerosis, because it claimed she was an inactive employee and therefore not entitled to an accommodation; and 2) Defendant Employer's discharge of Barriger because it claimed she was unable to return to work without restrictions.

9.      The unlawful employment practices complained of in paragraph 8 above were intentional.

10.     The unlawful employment practices complained of in paragraph 8 above were done with malice or with reckless indifference to the federally protected rights of Barriger.

PRAYER FOR RELIEF

WHEREFORE, the Commission respectfully requests that this Court:

A.      Grant a permanent injunction enjoining Defendant Employer, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with it, from refusing to provide a reasonable

3

accommodation and discharging qualified individuals with disabilities who are seeking to return to work with restrictions.

  B. Order Defendant Employer to institute and carry out policies, practices, and programs which provide equal employment opportunities for qualified individuals with disabilities, and which eradicate the effects of its past and present unlawful employment practices.

  C. Order Defendant to make Barriger whole by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to reinstatement or front pay in lieu of reinstatement.

  D. Order Defendant Employer to make whole Barriger by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 8 above in amounts to be determined at trial.

  E. Order Defendant Employer to make whole Barriger by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 8 above, including but not limited to emotional pain, suffering, inconvenience and humiliation, in amounts to be determined at trial.

  F. Order Defendant Employer to pay Barriger punitive damages for its malicious and reckless conduct, as described in paragraph 8 above, in amounts to be determined at trial.

  G. Grant such further relief as the Court deems necessary and proper in the public interest.

  H. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

          EQUAL EMPLOYMENT OPPORTUNITY
          COMMISSION


           s/ Laurie A. Young
          LAURIE A. YOUNG
          Regional Attorney


           s/ Kenneth L. Bird
          KENNETH L. BIRD
          Acting Supervisory Trial Attorney


           s/ Nedra Campbell
          NEDRA D. CAMPBELL (P58768)
          Trial Attorney
          DETROIT DISTRICT OFFICE
          Patrick V. McNamara Federal Building
          477 Michigan Ave, Room 865
          Detroit, Michigan 48226
          (313) 226-3410
          nedra.campbell@eeoc.gov

Dated:  August 28, 2012